# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**MICHAEL BRAD ORSO,**

    **Petitioner,**

v.                                            **Case No. 3:19-cv-569-RV-MJF**

**MARK S. INCH,**

    **Respondent.**

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated June 5, 2020, (Doc. 30), and Second Report and Recommendation dated September 18, 2020. (Doc. 45). The parties were provided a copy of each report and recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of those portions to which an objection was made.[1]

Having considered the reports and recommendations and all objections thereto timely filed, I conclude that the reports and recommendations should be adopted.

---

[1] The petitioner filed objections to the first Report and Recommendation but not to the second one.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation dated June 5, 2020 (Doc. 30) is adopted and incorporated by reference in this Order.

2. The Magistrate Judge's Second Report and Recommended dated September 18, 2020 (Doc. 45) is adopted and incorporated by reference in this Order.

3. Petitioner's "Motion Seeking Order Rescinding Report and Recommendation . . ." (Doc. 37) is **DENIED**.

4. Respondent's Motion to Dismiss Petition as Untimely (Doc. 18) is **GRANTED**.

5. The petition for writ of habeas corpus (Doc. 1), challenging Petitioner's judgment of conviction and sentence in *State of Florida v. Michael Brad Orso*, Escambia County Circuit Court Case No. 2013-CF-5551, is **DISMISSED WITH PREJUDICE**.

6. A certificate of appealability is **DENIED**.

7. The clerk of court shall close this case file.

**DONE AND ORDERED** this 23rd day of October, 2020.

       /s/ Roger Vinson_____
       **ROGER VINSON**
       **SENIOR UNITED STATES DISTRICT JUDGE**